# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MARCUS LEVELLE TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1591
_____

February 13, 2026

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.